**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**MINUTE OF HEARING**

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | ARNALDO COLLAZO ROJAS |
| **Joint Debtor:** | IVELISSE MIRANDA COTTO |
| **Case Number:** | 10-11315-MCF  Chapter: 13 |
| **Date / Time / Room:** | 2-2-2012  Courtroom #3 |
| **Bankruptcy Judge:** | Hon. Mildred Caban Flores, Bankrutcy Judge |
| **Courtroom Deputy:** | ED BUJOSA |

*Matter:*
DEBTOR'S MOTION REQUESTING RECONSIDERATION OF ORDER DISMISSING CASE (#51) AND TRUSTEE'S OPPOSITION (DKT #55)    CONFIRMATION HE

*Appearances:*
☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee
☐ Creditors/Others:

*Notes and Remarks:*

*Proceedings:*

ORDER:

Debtors' Motion requesting reconsideration of dismissal (docket #51) is DENIED. The case remains dismissed.

/S/MILDRED CABAN FLORES
U.S. Bankruptcy Judge